### SIMMONS v. PEPE et al.

(Supreme Court, Appellate Term.   May 5, 1904.)

1. APPEAL—REVERSAL OF JUDGMENT—EFFECT ON COSTS.
   The reversal of a final order dismissing summary proceedings carries with it the reversal of a judgment for costs thereafter entered.

Appeal from Municipal Court, Borough of Manhattan, Second District.

Summary proceedings by Charles H. Simmons against Michael E. Pepe and others.   From a judgment for costs in favor of defendants, plaintiff appeals.   Reversed.

Argued before FREEDMAN, P. J., and LEVENTRITT and GREENBAUM, JJ.

John J. Freschi, for appellant.
Sigmund Wechsler, for respondents.

LEVENTRITT, J.   The reversal of the final order dismissing the summary proceedings carries with it the reversal of the judgment for costs thereafter entered.

Judgment reversed, with costs.   All concur.